UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE MIGUEL TUN, and ROBERTO TUN, on
behalf of themselves and all others similarly
situated,

                         22 Civ. 0677 (PGG)(JLC)

                Plaintiffs,

       -against-                             **PLAINTIFFS' NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

SIGNATURE AUDIO DESIGN, LLC, and ERICH
STEGICH

                Defendants.
-----------------------------------------------------------------X

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Rule 68"), Plaintiffs Jose Miguel Tun, Roberto Tun, Jose Nicolas Tun, and Saenzi Perez accept the offer of judgment of Defendants Signature Audio Design, LLC and Erich Stegich dated Novmeber 21, 2022, a copy of which is attached as Exhibit A.

Dated: New York, New York
       November 21, 2022

                                              PECHMAN LAW GROUP PLLC

                                              By:_____
                                              Louis Pechman
                                              Gianfranco J. Cuadra
                                              488 Madison Avenue, 17th Floor
                                              New York, New York 10022
                                              Tel.: (212) 583-9500
                                              pechman@pechmanlaw.com
                                              cuadra@pechmanlaw.com
                                              *Attorneys for Plaintiffs*

TO:   Christine L. Hogan, Esq.
        Andrew P. Marks, Esq.
        Davis S. Warner, Esq.
        Dorf & Nelson LLP
        555 Theodore Fremd Avenue
        Rye, New York 10580
        Tel.: (914) 381-7600
        chogan@dorflaw.com
        amarks@dofrlaw.com

dwarner@dorflaw.com
*Attorneys for Defendants*

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE MIGUEL TUN and ROBERTO TUN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> -against- <br><br> SIGNATURE AUDIO DESIGN, LLC, and ERICH STEGICH, <br><br> Defendants. | 22 Civ. 0677 (PGG)(JLC) <br><br> **OFFER OF JUDGMENT** |

Whereas Jose Miguel Tun and Roberto Tun, by complaint filed on January 26, 2022, commenced an action against Signature Audio Design, LLC and Erich Stegich, which complaint was amended on April 4, 2022; and

Whereas the Amended Complaint alleges failure to pay overtime in violation of the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL")(First and Second Claims for Relief); failure to pay minimum wage in violation of the FLSA and NYLL (Third and Fourth Claims for Relief); failure to furnish accurate wage statements and accurate wage notics (Fifth and Sixth Claims for Relief), and violation of the NYLL frequency of pay requirements (Seventh Claim for Relief)(the "Litigation"); and

Whereas Jose Nicholas Tun and Perez Saenzi subsequently joined the Litigation as plaintiffs (Jose Miguel Tun, Roberto Tun, Jose Nicholas Tun and Perez Saenzi hereafter referred to individually and collectively as "Plaintiff"); and

Whereas Defendants contend that they acted in full compliance with federal and state wage and labor laws and intend to seek summary judgment if this Litigation is not otherwise resolved; and

Whereas Defendants, without admitting liability or wrongdoing, desire to allow judgment against them solely to avoid further costs of litigation, including their anticipated motion for summary judgment;

Now, therefore, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants hereby offer to allow judgment to be taken against them with respect to any and all claims that Plaintiff has against Defendants, arising out of or in connection with the Litigation and the claims made therein, in the total sum of Sixty Seven Thousand Five Hundred Dollars ($67,500.00), inclusive of pre and post judgment interest, if any, attorney's fees, penalties, liquidated damages, and costs and expenses actually incurred by Plaintiff, in full and final settlement of all claims against Defendants arising out of, alleged in, or related to, the facts and transactions alleged in the Litigation.  This judgment may be satisfied by payment of $67,500.00 to Plaintiff's counsel, Pechman Law Group PLLC.  Payment shall be made within seven days of the entry of judgment.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and evidence of this offer is not admissible except in a proceeding to enforce the judgment. Under no circumstances will this Offer of Judgment constitute or be construed as an admission of liability or wrongdoing of any kind by any of the Defendants; nor is it an admission that Plaintiff suffered any damages.  Acceptance of this offer of judgment will act to release and discharge Defendants from any and all claims that were or could have been alleged by Plaintiff in the Litigation.  Acceptance of this offer of judgment also will operate to waive Plaintiff's rights to any claim for interest on the amount of the judgment.

If Plaintiff does not accept this offer in writing within 14 days of service, the offer will be withdrawn in accordance with Rule 68. This offer shall not be filed with the Court unless it is accepted by Plaintiff within this 14-day period.

Dated: November 21, 2022
Rye, New York

_____

**DORF & NELSON LLP**
555 Theodore Fremd Avenue
Rye, New York 10580
Telephone: (914) 381-7600
amarks@dorflaw.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
JOSE MIGUEL TUN, and ROBERTO TUN, on
behalf of themselves and all others similarly
situated,

                          22 Civ. 0677 (PGG)(JLC)

                   Plaintiffs,

                                                **AFFIDAVIT OF SERVICE**
         -against-                        **OF PLAINTIFFS'**
                                                  **ACCEPTANCE OF OFFER**
SIGNATURE AUDIO DESIGN, LLC, and ERICH    **OF JUDGMENT**
STEGICH,

                   Defendants.
-------------------------------------------------------------------- X

STATE OF NEW YORK  )
                           ) ss.:
COUNTY OF NEW YORK )

      Gianfranco J. Cuadra, an attorney admitted to practice before the courts of the State of New York and the Southern District of New York, being duly sworn, deposes and says:

      I am over 18 years of age, reside in Kings County, New York, and am not a party to this action.

      On November 21, 2022, I served Plaintiffs' Acceptance of the Rule 68 Offer of Judgment in the above-referenced matter by email and ECF to the following designated attorney for Defendants who is authorized to accept service on their behalf:

> Christine L. Hogan, Esq.
> Andrew P. Marks, Esq.
> Davis S. Warner, Esq.
> Dorf & Nelson LLP
> 555 Theodore Fremd Avenue
> Rye, New York 10580
> chogan@dorflaw.com
> amarks@dofrlaw.com
> dwarner@dorflaw.com

      I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

                                                              Gianfranco J. Cuadra