UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
JOSE MIGUEL TUN, and ROBERTO TUN, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-against-

SIGNATURE AUDIO DESIGN, LLC, and ERICH STEGICH

                Defendants.
------------------------------------------------------------------------ X

**22 Civ. 0677 (PGG)(JLC)**

**(PROPOSED) JUDGMENT**

The Court orders that:

Plaintiffs Jose Miguel Tun, Roberto Tun, Jose Nicolas Tun, and Saenzi Perez recover from Defendants Signature Audio Design, LLC and Erich Stegich, jointly and severally, the total amount of sixty-seven thousand five hundred dollars and zero cents ($67,500.00), inclusive of attorneys' fees and costs, as set forth in the accepted offer of judgment (ECF No. 37).

Dated:  New York, New York
       _____, 2022

                                                                **Hon. Paul G. Gardephe**
                                                                 United States District Judge
                                                                 Southern District of New York