UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
JOSE MIGUEL TUN, and ROBERTO TUN, on behalf : of themselves and all others similarly situated,

                              Plaintiffs,      :        **22 Civ. 0677 (PGG)(JLC)**

     -against-

SIGNATURE AUDIO DESIGN, LLC, and ERICH    :       ~~**(PROPOSED)**~~ **JUDGMENT**
STEGICH

                             Defendants.    :
------------------------------------------------------------------------ X

The Court orders that:

Plaintiffs Jose Miguel Tun, Roberto Tun, Jose Nicolas Tun, and Saenzi Perez recover from Defendants Signature Audio Design, LLC and Erich Stegich, jointly and severally, the total amount of sixty-seven thousand five hundred dollars and zero cents ($67,500.00), inclusive of attorneys' fees and costs, as set forth in the accepted offer of judgment (ECF No. 37).

Dated:  New York, New York
          November 22, 2022

                                                                          */s/ Paul G. Gardephe*
                                                         **Hon. Paul G. Gardephe**
                                                         United States District Judge
                                                         Southern District of New York